# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### ALEXANDRIA DIVISION

| | |
|---|---|
| **ABBAS ADAM BAKRI** | * **CASE NO. 1:25-cv-01475** |
| | * |
| **VERSUS** | * **JUDGE DRELL** |
| | * |
| **MELLISA HARPER, ET. AL.** | * **MAGISTRATE JUDGE PEREZ-MONTES** |

### ORDER

UPON CONSIDERATION of the MOTION TO WITHDRAW AS COUNSEL.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the MOTION TO WITHDRAW AS COUNSEL be, and is hereby, GRANTED;

Alexandria, Louisiana, _____June 15_____, 2026.

_____
~~UNITED STATES DISTRICT JUDGE~~

JOSEPH H.L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE