**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

---

| | |
|---|---|
| **ABBAS ADAM BAKRI #A221-193-291** | **CASE NO. 25-cv-1475 SEC P** |
| **-vs-** | **JUDGE DRELL** |
| **U S IMMIGRATION & CUSTOMS ENFORCEMENT ET AL** | **MAGISTRATE JUDGE PEREZ-MONTES** |

---

**JUDGMENT**

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 24), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED that the Petition (ECF No. 1) is DENIED and DISMISSED WITHOUT PREJUDICE.

THUS DONE AND SIGNED at Alexandria, Louisiana this 17th day of August 2026.

**DEE D. DRELL, SENIOR JUDGE**
**UNITED STATES DISTRICT COURT**